1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  CATALINA L.,                        )      NO. ED CV 18-1620-E
                                        )
12                  Plaintiff,          )
                                        )
13       v.                             )      **JUDGMENT**
                                        )
14  NANCY A. BERRYHILL, DEPUTY          )
    COMMISSIONER FOR OPERATIONS,        )
15  SOCIAL SECURITY,                    )
                                        )
16                  Defendant.          )
                                        )
17  _____     )

18

19       IT IS HEREBY ADJUDGED that Defendant's motion for summary

20  judgment is granted and judgment is entered in favor of Defendant.

21

22          DATED: April 12, 2019.

23

24                                    _____/s/_____

                                           CHARLES F. EICK
25                          UNITED STATES MAGISTRATE JUDGE

26

27

28